UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1037 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| EVER DANIEL LOPEZ-DELGADO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101

Dated:  April 9, 2008                                                                /s/ Erick L. Guzman
                                                                             ERICK L. GUZMAN
                                                                              Federal Defenders
                                                                               225 Broadway, Suite 900
                                                                              San Diego, CA 92101-5030
                                                                               (619) 234-8467  (tel)
                                                                               (619) 687-2666  (fax)
                                                                               E-mail: erick_guzman@fd.org